# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br>                     Plaintiff(s), <br> vs. <br> ANGEL GALLIGUEZ, et al., <br>                     Defendant(s). | Case No. 2:16-cv-02788-JCM-NJK <br><br> **ORDER** |

      To the extent any defendant wishes to do so, she may file a response to the order to show cause at Docket No. 14 by May 11, 2017.

      IT IS SO ORDERED

      Dated: April 28, 2017

                                                                       _____ <br>
                                                                       NANCY J. KOPPE <br>
                                                                       United States Magistrate Judge