UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., ) | |
| ) | Case No. 2:16-cv-02788-JCM-NJK |
| Plaintiff(s), ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| JOHN AND JANE DOES, ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

On April 3, 2017, the Court ordered Plaintiff to file a status report within 30 days. Docket No. 13. Plaintiff did not do so, prompting an order to show cause. Docket No. 20. Plaintiff has now filed a response to the order to show cause. Docket No. 23. Plaintiff's counsel asserts that the non-compliance with the Court's order was derived from further investigation of the issues, the departure of legal staff, and the need to meet other deadlines. *Id.* at 4-5. The Court has reminded counsel on several occasions that the inability to meet a deadline should prompt a request to extend that deadline, not simply allowing the deadline to lapse. *See, e.g.*, *LHF Productions, inc. v. Hatzimarkos*, 2:16-cv-02368-JAD-NJK, Docket No. 25 (May 12, 2017). The Court again **WARNS** counsel that he is responsible for meeting all Court deadlines and, to the extent he is unable to do so, he must seek an extension from the Court. The Court expects strict compliance with its orders moving forward, and counsel should not expect mere warnings to continue for non-compliance. *Cf. Lopez v. Colvin*, 2016 WL 5858712, at *3 (D. Nev. Apr. 25, 2016) (asserting that third warning would be the last); *Garcia v. Geico Cas. Co.*, 2014 WL 7474773, at *3-4 (D. Nev. Jan. 6, 2014) (increasing monetary sanctions by 500% from previous sanctions given repetition of conduct).

The order to show cause is otherwise **DISCHARGED**.

IT IS SO ORDERED

Dated: June 2, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge