UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| ME2 PRODUCTIONS, INC., ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> ANGEL GALLIGUEZ, et al., ) <br> ) <br> Defendant(s). ) <br> _____ ) | Case No. 2:16-cv-02788-JCM-NJK <br><br> **ORDER** |

Pending before the Court is a motion to withdraw as counsel for Defendant Jorge Diaz. Docket No. 43. To date, no response has been filed. For good cause shown, the motion is hereby **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket to reflect that Mr. Diaz is now proceeding *pro se* and that his mailing address is the address identified at Docket No. 43 at 2.

IT IS SO ORDERED.

Dated: August 15, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE