CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KENDRA WILLIAMS, JASAN MORRIS, JORGE L. DIAZ, DIANE SCOTTTHOMPSON, TRACEY SHEPHERD, <br><br> Defendants. | Case No.: 2:16-cv-02788-JCM-NJK |

## JOINT STIPULATION TO DISMISS DEFENDANT JORGE L. DIAZ

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff ME2 PRODUCTIONS, INC. ("PLAINTIFF"), by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, and Defendant JORGE L. DIAZ, in proper person, hereby stipulate and agree to dismiss Defendant JORGE L. DIAZ from the above-captioned case and further stipulate and agree to the dismissal of all counter-claims or other causes of actions, if any, raised by Defendant JORGE L. DIAZ against Plaintiff ME2 PRODUCTIONS, INC.

*Respectfully submitted  September 21, 2017*

HAMRICK & EVANS LLP

_____

CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
*Attorney for Plaintiff*

JORGE L. DIAZ

_____

JORGE L. DIAZ
1701 Crystal Chimes Drive
Las Vegas, NV 89106
*Defendant in proper person*

## ORDER

Based on the parties' stipulation [ECF No. 47] and good cause appearing, IT IS HEREBY ORDERED that all claims against and by JORGE L. DIAZ are DISMISSED, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: September 26, 2017.

_____
UNITED STATES DISTRICT JUDGE