CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
*crainey@hamricklaw.com*
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., a Nevada corporation,<br>　　　　　Plaintiff,<br>vs.<br>KENDRA WILLIAMS, JASAN MORRIS, DIANE SCOTTTHOMPSON, TRACEY SHEPHERD,<br>　　　　　Defendants. | Case No.: 2:16-cv-02788-JCM-NJK |

## JOINT STIPULATION TO DISMISS DEFENDANT KENDRA WILLIAMS

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ME2 PRODUCTIONS, INC. ("PLAINTIFF"), by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, and Defendant KENDRA WILLIAMS in proper person, hereby stipulate and agree to dismiss Defendant **KENDRA WILLIAMS** from the above-captioned case and further stipulate and agree to the dismissal of all counter-claims or other causes of

actions, if any, raised by Defendant KENDRA WILLIAMS against Plaintiff ME2 PRODUCTIONS, INC. , each party to bear its own fees and costs.

*Respectfully submitted September 28, 2017*

| HAMRICK & EVANS LLP | KENDRA WILLIAMS |
|---|---|
| /s/ Charles C. Rainey <br> CHARLES C. RAINEY, ESQ. <br> Nevada Bar No. 10723 <br> crainey@hamricklaw.com <br> 7670 W. Lake Mead Blvd., Ste. 140 <br> Las Vegas, Nevada 89128 <br> +1.702.425.5100 (ph) <br> *Attorney for Plaintiff* | /s/ Kendra Williams <br> KENDRA WILLIAMS <br> *Defendant in proper person* |

ORDER

Based on the parties' stipulation [ECF No. 49] and good cause appearing, IT IS HEREBY ORDERED that all claims against and by KENDRA WILLIAMS are DISMISSED, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: October 3, 2017.

_____
UNITED STATES DISTRICT JUDGE

actions, if any, raised by Defendant KENDRA WILLIAMS against Plaintiff ME2 PRODUCTIONS, INC., each party to bear its own fees and costs.

*Respectfully submitted September 28, 2017*

HAMRICK & EVANS LLP

_____
CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
*Attorney for Plaintiff*

KENDRA WILLIAMS

*/s/ Kendra Williams*
KENDRA WILLIAMS
*Defendant in proper person*

## ORDER

Based on the parties' stipulation [ECF No. ___ ] and good cause appearing, IT IS HEREBY ORDERED that all claims against and by KENDRA WILLIAMS are DISMISSED, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: Las Vegas, Nevada _____.

_____
UNITED STATES DISTRICT JUDGE

{1170928 - 2764 - Stipulation to Dismiss Kendra Williams.doc }

2