James C. Mahan
U.S. District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No. 2:16-CV-2788 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| KENDRA WILLIAMS, et al., | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Koppe's report and recommendation following an order to show cause as to why the defendants should not be severed and all but the first-named defendant dismissed. (ECF No. 27). Plaintiff ME2 Productions, Inc., filed an objection. (ECF No. 39). Defendants have not filed a response, and the time to do so has since passed.

Also before the court are two motions for entry of clerk's default. (ECF Nos. 41, 46). One of these motions names the first-named defendant. (ECF No. 41). The other involves only defendants that will be severed from this action by this order, and therefore the motion will be denied in its entirety as moot. (ECF No. 46).

The present case is one of many filed by plaintiff against numerous Doe defendants. Exhibit 1 to ME2's objection to the R&R contains its memorandum and points of authority in support of its argument. (ECF No. 39-1). The exhibit is a carbon copy of plaintiff's objections in the case of *ME2 Productions, Inc. v. Bayu*, case no. 2:17-cv-00724-JCM-NJK. The court issued an order in *Bayu* that adopted Magistrate Judge Koppe's report and recommendation in that case and severed all but the first-named defendant. For the same reasons, the court finds severance of

| | |
|---|---|
| 1 | all but the first-named defendant is appropriate here. The remaining, first-named defendant who |
| 2 | will not be dismissed here is Jasan Morris. |
| 3 | The first motion for clerk's entry of default must be granted in part and denied as moot in |
| 4 | part because one of the defendants named in that motion—Jasan Morris—is the first-named |
| 5 | defendant who, per this order, remains a party to this action. (*See* ECF No. 41). Plaintiff filed the |
| 6 | amended complaint in this action on March 27, 2017. (ECF No. 11). On May 31, 2017, plaintiff |
| 7 | filed a proposed summons to be served on Jasan Morris. (ECF No. 24). On the same day, the |
| 8 | summons issued. (ECF No. 25). On June 18, 2017, the summons returned executed against Jasan |
| 9 | Morris, (ECF No. 31), making his answer due by July 2, 2017. |
| 10 | The July 2, 2017 deadline came and passed and Jasan Morris never filed an answer. On |
| 11 | July 12, 2017, plaintiff moved for clerk's entry of default against several defendants, including |
| 12 | Jasan Morris. (ECF No. 41). All of the defendants named by these two motions, except Jasan |
| 13 | Morris, are now severed from this action. Therefore, ECF No. 46 is denied in its entirety and ECF |
| 14 | No. 41 is denied in part as far as it pertains to the severed defendants. |
| 15 | ECF No. 46 will be granted against Jasan Morris, however, and the clerk will enter default |
| 16 | against him, because he has not answered the complaint in this matter and the time to do so has |
| 17 | since passed. |
| 18 | Accordingly, |
| 19 | IT IS HEREBY ORDERED that Magistrate Judge Koppe's report and recommendation |
| 20 | (ECF No. 27) be, and the same hereby is, ADOPTED in part and REJECTED in part, consistent |
| 21 | with the foregoing. |
| 22 | IT IS FURTHER ORDERED that all defendants except for Jasan Morris be, and the same |
| 23 | hereby are, dismissed without prejudice. |
| 24 | IT IS FURTHER ORDERED that plaintiff's motion for entry of clerk's default (ECF No. |
| 25 | 46) be, and the same hereby is, DENIED as moot. |
| 26 | . . . |
| 27 | . . . |
| 28 | . . . |

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that plaintiff's motion for entry of clerk's default (ECF No. 41) be, and the same hereby is, GRANTED in part and DENIED in part as follows: the clerk is instructed to enter default against only defendant Jasan Morris, but not against any other defendant.

DATED November 7, 2017.

_____
UNITED STATES DISTRICT JUDGE